AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Yeakel III, Earl L. | District Court, W.D. Texas | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
501 West 5th Street
Austin, Texas 78701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Theodore Roosevelt Association |
| 2. Member | University of Texas Longhorn Foundation Advisory Council |
| 3. Member | Texas Commission on Uniform State Laws |
| 4. Member | National Conference of Commissioners on Uniform State Laws |
| 5. Member | Board of Advisors, Austin Lawyers Chapter, The Federalist Society |
| 6. President | Austin Intellectual Property Chapter, American Inns of Court |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Employees Retirement System of Texas - Retirement |
| 2. | 2012 | Nitsche & Ferguson Ins. Agency Inc. - Commission Sales |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Commissioners on Uniform State Laws | January 25-29, 2012 | Tucson, Arizona | Committee on Style | Transportation, Meals, & Lodging |
| 2. | American Conference Institute | January 30-31, 2012 | Miami, Florida | Forum on Wage & Hour Claims & Transactions | Transportation, Meals, & Lodging |
| 3. | American Conference Institute | February 29-March 1, 2012 | Orlando, Florida | Construction Litigation Conference | Transportation, Meals, & Lodging |
| 4. | National Conference of Commissioners on Uniform State Laws | March 23-25, 2012 | Seattle, Washington | Committee Meeting | Transportation, Meals, & Lodging |

| 5. | National Conference of Commissioners on Uniform State Laws | April 25-29, 2012 | Indianapolis, Indiana | Committee on Style | Transportation, Meals, & Lodging |
|---|---|---|---|---|---|
| 6. | Killeen Heights Rotary Club | May 10-11, 2012 | Harker Heights, Texas | Rotary Club Meeting | Meals & Lodging |
| 7. | National Conference of Commissioners on Uniform State Laws | June 6-10, 2012 | Washington, D.C. | Drafting Committee Meeting | Transportation, Meals, & Lodging |
| 8. | American Conference Institute | June 18-20, 2012 | New York, New York | Litigating & Resolving Advertising Disputes Conference | Transportation, Meals, & Lodging |
| 9. | American Conference Institute | June 26-27, 2012 | Boston, Massachusetts | Forum on Defending & Managing Aviation Litigation | Transportation, Meals, & Lodging |
| 10. | National Conference of Commissioners on Uniform State Laws | September 5-9, 2012 | Chicago, Illinois | Committee on Style | Transportation, Meals, & Lodging |
| 11. | Austin Intellectual Property American Inn of Court | September 27-29, 2012 | Houston, Texas | Fifth Circuit Leadership Summit | Transportation, Meals, & Lodging |
| 12. | National Conference of Commissioners on Uniform State Laws | November 1-2, 2012 | Washington, D.C. | Drafting Committee Meeting | Transportation, Meals, & Lodging |
| 13. | National Conference of Commissioners on Uniform State Laws | November 9-11, 2012 | Denver, Colorado | Committee Meeting | Transportation, Meals, & Lodging |
| 14. | State Bar of Texas | November 28, 2012 | Dallas, Texas | Patent Multidistrict Litigation Seminar | Transportation & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prosperity Bank | Line of Credit | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   SCHW Common Stock | A | Dividend | J | T | | | | | |
| 2.   CVX Common Stock | C | Dividend | L | T | | | | | |
| 3.   C Common Stock | A | Dividend | J | T | | | | | |
| 4.   DELL Common Stock | | None | K | T | | | | | |
| 5.   XOM Common Stock | A | Dividend | K | T | | | | | |
| 6.   F Common Stock | A | Dividend | J | T | | | | | |
| 7.   JPM Common Stock | A | Dividend | K | T | | | | | |
| 8.   MSFT Common Stock | A | Dividend | J | T | | | | | |
| 9.   Rogers Communications, Inc. Class B Common Stock | A | Dividend | K | T | | | | | |
| 10.  Royal Dutch Shell PLC Common Stock | B | Dividend | K | T | | | | | |
| 11.  LUV Common Stock | A | Dividend | K | T | | | | | |
| 12.  SPND.OB Common Stock | | None | J | T | | | | | |
| 13.  DIS Common Stock | A | Dividend | J | T | | | | | |
| 14.  Fidelity Blue Chip Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 15.  Fidelity Blue Chip Growth Mutual Fund | A | Distribution | K | T | | | | | |
| 16.  Fidelity China Region Mutual Fund | A | Dividend | J | T | | | | | |
| 17.  Fidelity New Millenium Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity New Millennium Mutual Fund | A | Distribution | K | T | | | | | |
| 19. Fidelity Municipal Money Market Mutual Fund | A | Interest | J | T | | | | | |
| 20. Fidelity US Gov't Reserves Mutual Fund | A | Dividend | L | T | | | | | |
| 21. Vanguard Prime Money Market Mutual Fund | A | Dividend | K | T | | | | | |
| 22. Prosperity Bank (CD) | A | Interest | L | T | | | | | |
| 23. Prosperity Bank (CD) | A | Interest | K | T | | | | | |
| 24. Prosperity Bank (Checking) | A | Interest | J | T | | | | | |
| 25. Wells Fargo Bank (Checking) | | None | J | T | | | | | |
| 26. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 27. Wells Fargo Bank (Savings) | A | Interest | L | T | | | | | |
| 28. Artisan Value Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 29. American Century Diversified Bond Fund (Mutual Fuind) | A | Dividend | J | T | | | | | |
| 30. American Century Diversified Bond Fund (Mutual Fund) | A | Distribution | J | T | | | | | |
| 31. Thornberg Investment Inc. Builder I (TIBIX) | A | Dividend | K | T | | | | | |
| 32. Federated Strategic Value Dividend Fund Instl (Mutual Fund) | A | Dividend | K | T | | | | | |
| 33. Federated Strategic Value Dividend Fund Instl (Mutual Fund) | A | Distribution | K | T | | | | | |
| 34. Fidelity Advisor Emerging Markets Income Fund FMKIX | A | Dividend | K | T | Buy | 11/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Advisor Emerging Markets Income Fund FMKIX | A | Distribution | K | T | | | | | |
| 36. Fidelity Advisor Floating Rate High Income Fund FFRIX | A | Dividend | | | Buy | 05/21/12 | K | | |
| 37. Fidelity Advisor Floating Rate High Income Fund FFRIX | | | | | Sold | 11/26/12 | K | A | |
| 38. Fidelity Advisor Materials Fund FMFEX | | None | | | Buy | 04/13/12 | K | | |
| 39. Fidelity Advisor Materials Fund FMFEX | | None | | | Sold | 05/21/12 | K | A | |
| 40. Fidelity Advisor Growth Opportunites Mutual Fund-CL I | | None | K | T | | | | | |
| 41. First Eagle Overseas Fund CL A (Mutual Fund) | | None | | | Sold | 04/09/12 | J | A | |
| 42. First Eagle US Value Fund CL I (Mutual Fund) | A | Dividend | K | T | | | | | |
| 43. First Eagle US Value Fund CL I (Mutual Fund) | A | Distribution | K | T | | | | | |
| 44. First Eagle Global Fund SGIIX | A | Dividend | J | T | Buy | 04/10/12 | J | | |
| 45. First Eagle Gobal Fund SGIIX | A | Distribution | J | T | | | | | |
| 46. Fidelity Advisor New Insights (Mutual Fund) | A | Distribution | K | T | | | | | |
| 47. Fidelity Secs Advisor Real Estate Income Fund Instl CL | | None | | | Sold | 03/05/12 | K | A | |
| 48. Eaton Vance Floating Rate Advantage Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 49. Eaton Vance Global Macro Absolute Return Mutual Fund | A | Dividend | | | Sold | 01/09/12 | J | A | |
| 50. Eaton Vance Income Fund Boston Inc EIBIX | A | Dividend | J | T | Buy | 02/08/12 | J | | |
| 51. Henderson Global Equity Income Fund CL I (Mutual Fund) | | None | | | Sold | 06/13/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Henderson Global Equity Income Fund CL I (Mutual Fund) | A | Dividend | K | T | Buy | 11/29/12 | J | | |
| 53. Hussman Investment Trust Strategic Growth Mutual Fund | | None | | | Sold | 02/07/12 | J | A | |
| 54. Hussman Investment Trust Strategic Total Return Mutual Fund | | None | | | Sold | 01/18/12 | J | A | |
| 55. Neuberger & Berman Equity Income FDS CL A (Mutual Fund) | A | Dividend | K | T | | | | | |
| 56. Neuberger & Berman Equity Income FDS CL A (Mutual Fund) | A | Distribution | K | T | | | | | |
| 57. RS Global Natural Resources Fund (Mutual Fund) | | None | | | Sold | 04/13/12 | K | B | |
| 58. Dodge & Cox Income Fund (Mutual Fund) | | None | | | Sold | 02/10/12 | K | A | |
| 59. Loomis Sayles Investment Grade Bond Fund (Mutual Fund) | A | Dividend | K | T | Buy | 02/14/12 | K | | |
| 60. Loomis Sayles Investment Grade Bond Fund (Mutual Fund) | A | Distribution | K | T | | | | | |
| 61. Pimco Total Return Fund PTTAX (Mutual Fund) | A | Interest | K | T | | | | | |
| 62. Pimco Total Return Fund PTTAX (Mutual Fund) | A | Dividend | K | T | | | | | |
| 63. Pimco Total Return Fund PTTAX (Mutual Fund) | A | Distribution | K | T | | | | | |
| 64. Pimco Real Return Mutual Fund Cl A PRTNX | A | Interest | K | T | | | | | |
| 65. Pimco Real Return Mutual Fund Cl A PRTNX | A | Dividend | K | T | | | | | |
| 66. Pimco Real Return Mutual Fund Cl A PRTNX | A | Distribution | K | T | | | | | |
| 67. Pimco FDS Real RTN AST P (Mutual Fund) | A | Dividend | J | T | | | | | |
| 68. Pimco FDS Real RTN AST P (Mutual Fund) | B | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Invesco Balanced-Risk Allocation Fund Y (Mutual Fund) | A | Dividend | | | Sold | 12/19/12 | K | A | |
| 70. Invesco Balanced-Risk Allocation Fund Y (Mutual Fund) | A | Distribution | | | Sold | 12/19/12 | K | A | |
| 71. Invesco Asia Pacific Growth Fund ASIYX | | None | K | T | Buy | 12/19/12 | K | | |
| 72. Washington Mutual Invs Fund CL F-2 SHS | A | Dividend | K | T | | | | | |
| 73. JPMorgan TR II Equity Income Fund HLIEX | A | Dividend | J | T | Buy | 01/09/12 | J | | |
| 74. JPMorgan TR II Equity Income Fund HLIEX | A | Distribution | J | T | | | | | |
| 75. Weitz FDS Hickory FD WEHIX | | None | K | T | Buy | 01/18/12 | J | | |
| 76. Third Avenue Real Estate Value Fund TAREX | A | Dividend | K | T | Buy | 03/05/12 | K | | |
| 77. Third Avenue Real Estate Value Fund TAREX | B | Distribution | K | T | | | | | |
| 78. SPDR Gold TR GLD | | None | K | T | Buy | 03/14/12 | K | | |
| 79. Prime Money Market Fund (Mutual Fund) | | None | J | T | | | | | |
| 80. Federal Gov't Obl. Tax Mgd. Fund #636 | A | Dividend | J | T | | | | | |
| 81. Federal Home Loan Bank 3.13% Note | A | Interest | K | T | | | | | |
| 82. Federal Farm Credit Bank 3.45% Note | A | Interest | K | T | | | | | |
| 83. U.S. Treasury 5.5% Note | D | Interest | M | T | | | | | |
| 84. Federal Home Loan Bank 4.18% Note | A | Interest | | | Redeemed | 03/15/12 | K | A | |
| 85. Federal Farm Credit Bank 2.30% Note | A | Interest | K | T | Buy | 03/20/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Yeakel III, Earl L. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Introgen Theraputics Inc. | | None | J | T | | | | | |
| 87. Luby's Inc. | | None | J | T | | | | | |
| 88. United States Series I Savings Bonds | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Earl L. Yeakel III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544